11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

377 Broadcasting, Inc-KYOX

Appellant

Vs.                   No. 11-03-00169-CV B Appeal from Comanche County

Cleve Simpson d/b/a Cool Time and Get-A-Way
Inn

Appellee

 

377 Broadcasting, Inc-KYOX has filed in this
court a motion to dismiss its appeal. 
In its motion, appellant states that it no longer desires to prosecute
this appeal and requests that the costs be taxed against the party incurring
the same.  The motion is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

September 25, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.